David J. McGlothlin, Esq. (SBN: 165634)
david@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (800) 520-5523

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
[EUGENE DIVISION]

| | |
|---|---|
| Ian McKay, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> Willamette Ventures, LLC d/b/a Salem Harley Davidson, an Oregon limited liability company, <br><br> *Defendant*. | CASE NO.: 6:20-CV-00797-MC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Ian McKay hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date: September 2, 2020                                          **KAZEROUNI LAW GROUP, APC**

                                                                                            By: */s/ David J. McGlothlin*
                                                                                                    David J. McGlothlin, Esq.
                                                                                                    Attorney for the Plaintiff